# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

JESSIE ADAMS,

Plaintiff,

v.

SERGIO JIMENEZ,

Defendant.

Case No. 3:26-CV-00037-MMD-CLB

**ORDER TO CHANGE ADDRESS**

On January 22, 2026, the Court issued a Report and Recommendation in this case. (ECF No. 6.) The Court mailed this document to the address Plaintiff's address at 261 Jones St., San Francisco, CA 94100. On February 2, 2024, the Court's Report and Recommendation was returned as undeliverable. (ECF No. 7.) Therefore, it appears Plaintiff is no longer at her listed address. However, Plaintiff has not filed a change of address with the Court. Pursuant to Local Rule IA 3-1, Plaintiff must immediately file with the Court written notification of any change of mailing address. Failure to comply with this rule may result in dismissal of this action.

**IT IS THEREFORE ORDERED** that Plaintiff shall have until **Wednesday, March 4, 2026** to file a notice of change of address, or this Court will recommend that this action be dismissed.

**DATED**: February 2, 2026.

_____
**UNITED STATES MAGISTRATE JUDGE**