UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JESSIE ADAMS,<br><br>                          Plaintiff,<br>    v.<br><br>SERGIO JIMENEZ,<br><br>                          Defendant. | Case No. 3:26-cv-00037-MMD-CLB<br><br>ORDER |

Plaintiff Jessie Adams initiated this civil rights action on January 20, 2026, by submitting a complaint and an application to proceed in forma pauperis. (ECF Nos. 1, 1-1.) Before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Carla L. Baldwin, recommending the action be dismissed without prejudice. (ECF No. 11.) Plaintiff had until March 19, 2026 to file an objection. (*Id.*) To date, no objection has been filed. For that reason, and as further explained below, the Court will adopt the R&R in full.

Because there was no objection, the Court need not conduct de novo review, and is satisfied that Judge Baldwin did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations.") (emphasis in original). In the R&R, Judge Baldwin recommended dismissing this action without prejudice due to Plaintiff's failure to comply with the Court's February 2, 2026 order directing Plaintiff to file a notice of change of address with the Court. (ECF No. 8.) Plaintiff still has not filed a notice of change of address with the Court, nor has Plaintiff objected to the R&R. The Court agrees with Judge Baldwin that this action should be dismissed due to Plaintiff's failure to comply with the Court's order.

It is therefore ordered that Judge Baldwin's Report and Recommendation (ECF No. 11) is accepted and adopted in full.

It is further ordered that Judge Baldwin's earlier Report and Recommendation (ECF No. 6) to dismiss with leave to amend is overruled as moot.

It is further ordered that this action is dismissed without prejudice.

The Clerk of Court is directed to enter judgment accordingly and close this case.

DATED THIS 23rd Day of March 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE